UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 8:20-CR-366-WFJ-SPF |
| : | |
| SEBASTIEN VACHON-DESJARDINS : | |
| _____ : | |

## MOTION FOR SENTENCE REDUCTION
## UNDER AMENDMENT 821

**COMES NOW**, the Defendant, Sebastien Vachon-Desjardins, by and through his undersigned attorney, and respectfully requests a sentence reduction pursuant to 18 U.S.C. Section 3582(c)(2) and Amendment 821 of the United States Sentencing Guidelines, and in support offers the following:

1. Under Amendment 821, Part B, "Defendants who did not receive any criminal history points under Chapter Four, Part A, [of the Sentencing Guidelines] and whose offense did not involve specified aggravating factors" are eligible "decrease of two levels" from their calculated offense level. *See* USSG § 1B1.10, comment. (n. 7) (2023).

2. At sentencing, the Defendant received no criminal history points, and his offense did not involve disqualifying factors under USSG Section 4C1.1(a).

3.  On October 24, 2022, the district court ruled the Defendant's total offense level was 34, his criminal history category was I, and his federal sentencing guideline imprisonment range was 151 months to 188 months.

    a.  Despite this, the district court varied upward and ultimately imposed a sentence of imprisonment of 240 months.

4.  On September 26, 2023, the district court issued an amended judgment reducing the Defendant's sentence of imprisonment to 135 months.

5.  If Amendment 821, Part A, is applied retroactively to the Defendant's case, his total offense level is 32, his criminal history category remains at I, and his federal sentencing guideline imprisonment range is 121 months to 151 months.

    a.  Applying a comparable four-level upward variance, the guideline imprisonment range becomes 188 months to 235 months.

    b.  A sentence that is five months above the bottom of that range is 193 months.

    c.  Applying a comparable 105-month reduction from 193 months' imprisonment results in a sentence of 88 months.

6.  While he has been in incarcerated, the Defendant has not been the subject of disciplinary actions relating to violent conduct, he has no prior convictions

involving violence, and he has not been involved in any other instances of violence.

7. Mr. Vachon-Desjardins respectfully requests this Honorable Court exercise its discretion, under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10(b)(1), to reduce his previously imposed imprisonment sentence of 135 months to an imprisonment sentence of 88 months.

8. If this Honorable Court grants this motion, the Defendant respectfully requests the Order state the revised term of imprisonment as either a specified number of months or time served, whichever is greater. *See* USSG § 1B1.10(b)(2)(C) (providing that the reduced term of imprisonment may not be less than time served.).

9. The Defendant understands that any order reducing his term of imprisonment must have an effective date of February 1, 2024, or later. *See* USSG § 1B1.10, comment. (n. 7) (2023).

    a. The Defendant did not file this motion until February 1, 2024.

10. Wherefore, the Defendant respectfully requests that this Honorable Court reduce his term of imprisonment to 88 months - consisting of 60 months as to Counts One and Four, 75 months as to Count Three, and 88 months as to Count Two, Counts One, Three, and Four to run concurrently with Count Two.

## CONCLUSION

WHEREFORE, the Defendant, SEBASTIEN VACHON-DESJARDINS, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:    (813) 228-6989
E:    mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire